UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DEBRA THURMAN ATLAS, INDIVIDUALLY
AND AS ADMINISTRATRIX OF THE ESTATE
OF WILLIAM ATLAS, DECEASED                                                          PLAINTIFF

V.                                                        CIVIL ACTION NO.: 3:09cv294-DPJ-JCS

CHRYSLER, LLC, ET AL.                                                                DEFENDANTS

consolidated with

DEBRA THURMAN ATLAS, INDIVIDUALLY
AND AS ADMINSTRATIX OF THE ESTATE
OF WILLIAM ATLAS, DECEASED                                                          PLAINTIFF

V.                                                        CIVIL ACTION NO.: 3:09cv295-DPJ-JCS

CHRYSLER, LLC, ET AL.                                                                DEFENDANTS

## ORDER

There came on this day for hearing the Motion of A.O. Smith Corporation, Tower Automotive Post-Consummation Trust, legal successor to Defendant TA Delaware, Inc., and Tower Automotive, LLC for consolidation of Civil Action No. 3:09cv294-DPJ-JCS with Civil Action No. 3:09cv295-DPJ-JCS. The Court, being advised that no party has opposed the relief requested, and determining that the provisions of Fed. R. Civ. P. 42(a)(2) have been satisfied, finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that Civil Action No. 3:09cv295-DPJ-JCS shall be and is hereby consolidated into the first filed civil action 3:09cv294-DPJ-JCS for all purposes. It is further ordered that, henceforth, all filings made in 3:90cv294-DPJ-JCS shall use only the above style and all filings made in 3:09cv295-DPJ-JCS shall be deemed filed in 3:09cv294-DPJ-JCS at the time of the initial filing.

**SO ORDERED** this the 4th day of June, 2009.

                                                s/ *Daniel P. Jordan III*
                                                UNITED STATES DISTRICT JUDGE